UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARCUS KARDOS, | |
| Plaintiff, | No. 13-cv-01486 |
| v. | Judge Leinenweber |
| SPRINT NEXTEL CORPORATION, | Magistrate Judge Cox |
| Defendant. | |

**PLAINTIFF'S AGREED MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AT LAW *INSTANTER***

Plaintiff Marcus Kardos, by and through his attorneys, Caffarelli & Siegel Ltd., hereby moves this Honorable Court for leave to file his Amended Complaint at Law *instanter*, a copy of which is attached as Exhibit A. In support of his agreed motion, Plaintiff states as follows:

1. Plaintiff filed the instant lawsuit on February 26, 2013. Plaintiff contends that he was unlawfully terminated in violation of Section 105 of the Family and Medical Leave Act of 1993, 29 U.S.C. § 2615 ("FMLA").

2. On February 27, 2013, Plaintiff properly served a copy of the Complaint and Summons on Defendant Sprint Nextel Corporation.

3. Sprint Nextel Corporation contends that it was not Plaintiff's actual employer, and thus not a proper party to this matter. Rather, Sprint/United Management Company was Plaintiff's employer.

4. The Parties have agreed that Plaintiff will add Sprint/United Management Company as a defendant, and voluntarily dismiss Sprint Nextel Corporation from Plaintiff's Amended Complaint, without prejudice to renew claims against Sprint Nextel Corporation arising out of or relating to allegations in the Amended Complaint as allowed under the Federal

Rules of Civil Procedure, except that such claims may be renewed, subject to the Court's approval, throughout the pendency of this litigation. In the event any such claim is renewed, Sprint Nextel Corporation and Sprint/United Management Company agree that the re-addition of Sprint Nextel Corporation as a named Defendant will relate back to the filing of the original Complaint, and that in such event Sprint Nextel Corporation waives its right to contest the claims in this action on grounds of statute of limitations or laches, but only insofar as a challenge to any statute of limitation or laches defense could be made due to lapse of time between the filing of the original Complaint and any renewal of claims against Sprint Nextel Corporation following voluntary dismissal of Sprint Nextel Corporation without prejudice.

5. Defendant's counsel, Goldberg Kohn Ltd., represents Sprint/United Management Company, and agrees to accept service of the Amended Complaint on behalf of the Company.

6. Sprint/United Management Company has agreed to file its Answer or other responsive pleading on or before April 19, 2013.

7. The instant motion is not being filed for the purpose of causing any undue delay.

8. Plaintiff's counsel spoke with Defendant's counsel regarding the instant motion. Both Sprint Nextel Corporation and Sprint/United Management Company agree with the instant motion, and have no objections to the filing of Plaintiff's Amended Complaint.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant his agreed motion for leave to file his amended complaint at law *instanter*.

Dated: March 29, 2013                    Respectfully submitted,

Bradley Manewith, #06280535              MARCUS KARDOS
Caffarelli & Siegel Ltd.
Two Prudential Plaza                     By: /s/ Bradley Manewith
180 North Stetson Ste. 3150                  Attorney for Plaintiff
Chicago, IL 60601
Tel. (312) 540-1230
Fax (312) 540-1231

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the attached, **Plaintiff's Agreed Motion for Leave to File Amended Complaint at Law *Instanter***, was served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois and by electronic mail on March 29, 2013:

Michael L. Sullivan
Kristen A. Jones
Goldberg Kohn Ltd.
55 East Monroe Street, Suite 3300
Chicago, IL 60603

Courtesy copies were delivered to Judge Leinenweber within 24 hours of e-filing.

/s /Bradley Manewith
Attorney for Plaintiff