UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Marcus Kardos

　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:13−cv−01486
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Harry D. Leinenweber

Sprint/United Management Company, et al.

　　　　　　　　　　　　　　　　　Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2013:

　　　MINUTE entry before Honorable Susan E. Cox: Case called for status hearing. Status hearing stricken. Settlement discussion held off the record. Parties to confer with their clients regarding possible dates for the settlement conference. Settlement conference tentatively set for 9/26/13 at 1:00 p.m. unless by 7/16/13 the parties are able to confirm with the Court their availability for 7/24/13 at 1:00 p.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.